UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LYNN TIPTON, | |
| Plaintiff, | No. C 19-08363 WHA |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | **ORDER TO SHOW CAUSE** |
| Defendant. | |

Plaintiff in the above-titled matter having failed to file a summary judgment motion on January 15, 2020 as stipulated, the Court hereby issues an **ORDER TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by October 7, 2021, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 29, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE